# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| JIMMY YEARBY, | * | |
|     Petitioner, | * | |
| VS. | * | CASE NO. 3:01-CR-2   HL |
| UNITED STATES OF AMERICA, | * | |
|     Respondent. | * | **ORDER** |

    Before the Court is Petitioner Jimmy Yearby's Motion for Certificate of Appealability (Tab # 480), from this Court's Order of March 28, 2006, denying Petitioner's Motion To Vacate, Set Aside, or Correct his Sentence Pursuant to 28 U.S.C.§ 2255, and adopting the Report and Recommendation of the Magistrate Judge, finding no meritorious claims in Petitioner's Motion To Vacate, Set Aside, or Correct his Sentence Pursuant to 28 U.S.C.§ 2255.  Under 28 U.S.C. § 2253(c), a COA may issue only if the applicant has made a substantial showing of the denial of a constitutional right.

    For the reasons stated in the Magistrate Judge's Recommendation and this Court's Order accepting and adopting the same, the Court finds that Petitioner Yearby has not made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2).  Accordingly, the application for a COA is **DENIED.**

    **SO ORDERED,** this 7th day of July 2006.

                                                       **s/    Hugh Lawson**
                                                       HUGH LAWSON
                                                       UNITED STATES DISTRICT JUDGE